IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE SIMPSON,

    Plaintiff,

v.

COUNTY OF GRANT, a municipal corporation,
GRANT COUNTY DISTRICT ATTORNEY OFFICE,
GRANT COUNTY SHERIFF DEPARTMENT,
GRANT COUNTY COURTHOUSE,
WSPF Warden TIMOTHY HAINES,
THOMAS BELZ, KEITH WEIGAL,
TIMOTHY JONES, CO JONES,
MICHAEL COCKCROFT, TODD BRUDOS,
DAN ESSER, SUSAN GALLINGER,
CO SCULLION, CO BROWN, SGT. BRINKMAN,
SGT. WALLACE, JOLENDA WATERMAN
and STACY HOEM,

    Defendants.

ORDER

11-cv-851-bbc

---

In response to this court's December 27, 2011, order, plaintiff Willie Simpson has submitted a certified copy of his six-month trust fund account statement so that I can determine whether he qualifies for indigent status and, if he does, calculate an initial partial payment of the $350 fee for filing this case. From plaintiff's trust fund account statement, it appears that plaintiff presently has no means with which to pay an initial partial payment of the $350 fee for filing his complaint. However, plaintiff should be aware that he is obligated to pay the $350 filing fee, even if this court determines that he will not be permitted to proceed with his complaint *in forma pauperis* and even if he does not presently have funds with which to pay the fee. 28 U.S.C. § 1915(b)(1). His account will be monitored and the fee must be taken in monthly installments when the funds exist.

Accordingly, IT IS ORDERED that plaintiff Willie Simpson's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915(e)(2) to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made.

Further, the Clerk of Court is requested to insure that the court's financial records reflect that plaintiff Simpson owes the $350 fee for filing this case, in accordance with the requirements of the Prison Litigation Reform Act.

Entered this 9th day of January, 2012.

BY THE COURT:

PETER OPPENEER
Magistrate Judge