IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE SIMPSON,

    Plaintiff,

v.

SCOTT WALKER, J.B. VAN HOLLEN, ABIGAL
C.S. POTTS, COUNTY OF GRANT, COUNTY
OF GRANT DISTRICT ATT. OFFICE, COUNTY
OF GRANT SHERIFF DEPT., COUNTY OF
GRANT COURTHOUSE, TIMOTHY HAINES,
WILLIAM POLLARD, THOMAS BELZ, KEITH
WIEGEL, TIMOTHY JONES, SCOTT JONES,
C.O. OSWALD, C.O. PARR, C.O. SUTTERS,
C.O. GENRICH, C.O. PELKY, C.O. MORIS,
MICHAEL COCKROFT, TODD BRUDOS,
DANE ESSER, SHAWN GALLINGER,
MATTHEW SCULLION, THOMAS BROWN,
SGT. BROADBENT, PETER BRINKMAN,
LAVERNE WALLACE, SGT. RICHTER,
SGT. SHERMAN, SGT. LEFFLER,
SGT. ROBERTS, SGT. HILL, JEREMY
STANIEC, C.O. BEAHEM, LT. BRAEMER,
JOLINDA WATERMAN, BURTON COX,
MARY MILLER and STACEY HOEM,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-851-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing County of Grant, County of Grant District Attorney Office, County of Grant Sheriff Department, County of Grant Courthouse, Stacy Hoem, Sgt. Broadbent, Scott Walker, J.B. Van Hollen, Abigal C. S.

Potts, C.O. Beahem, Jeremy Staniec, William Pollard, Lt. Braemer, Jolinda Waterman, Burton Cox and Mary Miller;

(2) dismissing Thomas Belz, Keith Wiegal, Timothy Jones, Scott Jones, Michael Cockcroft, Matthew Scullion, Thomas Brown, Todd Brudos, Dane Esser, Shawn Gallinger, Peter Brinkman, Laverne Wallace, C.O. Oswald, C.O. Parr, C.O. Sutters, C.O. Genrich, C.O. Pelky, C.O. Moris, Sgt. Leffler, Sgt. Hill, Sgt. Sherman, Sgt. Richter and Sgt. Roberts voluntarily without prejudice; and

(3) granting Timothy Haines' motion for summary judgment and dismissing this case.

By: *signature*, Deputy Clerk  4-30-13
Peter Oppeneer, Clerk of Court           Date